UNITED STATES of America, Plaintiff–Appellee,

v.

**John Clifford BLACKWELL, Defendant–Appellant.**

No. 03–20290.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Sept. 17, 2003.

---

James Lee Turner, Assistant US Attorney, Houston, TX, Tony Ray Roberts, McAllen, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Marjorie A. Meyers, Assistant Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM.[*]

John Clifford Blackwell appeals his guilty-plea conviction of one count of producing child pornography and his resulting 116–month prison sentence. Blackwell argues that the statute of conviction, 18 U.S.C. § 2251(a), is an unconstitutional exercise of Congress' Commere Clause powers because it permits a conviction when the only connection with interstate commerce is the fact that the materials used to produce the offending images traveled in interstate commerce at some point in time. This argument is unavailing. *See United States v. Kallestad,* 236 F.3d 225, 231 (5th Cir.2000). The judgment of the district court is AFFIRMED.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.